IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN GREGORY GARZA,<br>a/k/a "Mikey Chuddington,"<br>a/k/a "Jonathan Davis,"<br><br>    Defendant. | Case No. 25-CR-92-JDR |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE TESTIMONY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G)**

The United States gives notice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of its intent to introduce testimony at trial of the following expert witnesses under Federal Rules of Evidence 702, 703, and 705:

**FBI IT Specialist Digital Forensic Examiner**, *see* Exhibit 1, Attachment A (Summary of Expert Opinions) and Attachment B (Curriculum Vitae)

**Supervisory Digital Investigative Analyst/Digital Forensic Investigator**, *see* Exhibit 2, Attachment A (Summary of Expert Opinions and Attachment B (Curriculum Vitae)

The government requests discovery pursuant to Rule 16(b) and (b)(1)(C)(i).

The government reserves the right to supplement this notice as needed.

Respectfully submitted,

CLINTON J. JOHNSON            HARMEET K. DHILLON

1

|  |  |
|---|---|
| United States Attorney<br>Northern District of Oklahoma | Assistant Attorney General<br>Civil Rights Division |

BY: */s/ Shakema M. Onias*
    Assistant United States Attorney
    United States Attorney's Office
    Northern District of Oklahoma
    110 W. 7th Street, Suite 300
    Tulsa, Oklahoma
    (918) 382-2768
    Shakema.Onias@usdoj.gov

BY: */s/ Chloe M. Neely*
    Trial Attorney
    Civil Rights Division
    U.S. Department of Justice
    150 M Street NE
    Washington, DC 20530
    (202) 765-5367
    Chloe.Neely@usdoj.gov

## Certificate of Service

    I hereby certify that on the 16th day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Whitney R. Mauldin
*Defense Counsel*

                                            */s/ Shakema M. Onias*